York, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERDINAND T. WILLIAMS, Appellant.— On the court's own motion, the court's order dated January 10, 1949, dismissing the appeal from the judgment, and the court's order dated October 20, 1948, insofar as it denies appellant's motion to dispense with printing on the appeal, are vacated. Renewed motion by appellant to dispense with printing, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February Term, commencing January 30, 1961; the appeal is ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM BRANCH, Relator, v. ANNA M. KROSS, as Commissioner of Correction of the City of New York, et al., Respondents.— Petition pursuant to section 10-c of the Code of Criminal Procedure for an order to produce petitioner in the Kings County Court at a hearing on his *coram nobis* application, denied. It does not appear from the papers submitted that there is any proceeding pending on petitioner's behalf in the County Court of Kings County. If there is such a proceeding pending petitioner, if so advised, may apply to the County Court for an order directing that he be produced on the hearing to be held thereon. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD CONTI, Appellant.— Motion by defendant-appellant, pursuant to section 589 (subd. 1, par. [b]) of the Civil Practice Act, for permission to appeal to the Court of Appeals from an order of this court unanimously affirming a final order of filiation and support made by the Children's Court, Westchester County. Motion denied. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING ROBERTSON, Appellant, v. SAMUEL S. LEIBOWITZ, as Judge of the Kings County Court, Respondent.— Motions by appellant for a stay, to dispense with printing, and for assignment of counsel, withdrawn by appellant by letter dated November 4, 1960. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ SOL ROSEN, Respondent, v. BERTHA SHEAR, Also Known as BERTHA S. WEINBERG, et al., Appellants.— On call on the calendar, no record or brief having been filed, respondent's motions to dismiss appeals granted; appeals dismissed, without costs. Motions by appellant Bertha Shear, also known as Bertha Shear Weinberg, for extension of time to perfect appeals, and for other relief, denied. Motion by said appellant to vacate order of this court, entered June 19, 1959, dismissing her appeal from an interlocutory judgment, denied. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ JOSEPH SABATINO, Appellant, v. ALICE SABATINO, Respondent.— Motion by appellant to dispense with printing denied. Cross motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the January Term, beginning January 3, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 14, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ MAX STORCH, Appellant, v. JOSEPHINE ROMANO, Respondent. (Eight Other Proceedings.) — Motion by appellant for leave to appeal to the Appellate Division denied, without costs. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.